UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Crim. NO. 13-721

UNITED STATES OF AMERICA v <u>Jamal Johnson</u>

Defendant

PETITION FOR WRIT OF HABEAS CORPUS: Your petitioner shows that

1. <u>Johnson, Jamal SBI#756126C, DOB: 02/15/1981</u> is now confined in <u>Essex County Correctional Facility.</u>

2. Said individual will be required at <u>United States District Court</u>, before the Honorable <u>Jose L. Linares, Friday, November 22, 2013 at 10:45 a.m.</u> for <u>an Arraignment</u> in the above captioned case, in which <u>he</u> is a <u>defendant</u> and a Writ of Habeas Corpus should be issued for that purpose.

DATED: November 18, 2013

_____
Assistant United States Attorney
Petitioner ROBERT FRAZER

---

ORDER FOR WRIT: Let the Writ Issue.

DATED: 11/19/2013

_____
HONORABLE JOSE L. LINARES
UNITED STATES DISTRICT JUDGE

---

WRIT OF HABEAS CORPUS: The United States of America to

<u>WARDEN, ESSEX COUNTY CORRECTIONAL FACILITY</u>

WE COMMAND YOU, that you have the body of <u>Jamal Johnson</u>, now confined in <u>Essex County Correctional Faclity</u> brought to the <u>United States District Court before the Honorable Jose L. Linares in Newark, New Jersey</u> on <u>Friday, November 22, 2013 at 10:45 a.m., for an Arraignment, in the above-captioned matter. Immediately on completion of the</u> proceedings, defendant will be returned to said place of confinement in safe and secure conduct.

WITNESS the Honorable <u>Jose L. Linares</u>
United States District Judge at <u>Newark</u>, N.J.

DATED: 11/19/2013

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: _____
Deputy Clerk